# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

13-25+FJL

FILED by ___ D.C.
MAR 15 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

U.S.A. vs. Brian White Docket No. 12-52-1

Petition for Action on Conditions of Pretrial Release

COMES NOW, Rocky Reyes, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of Brian White, who was placed under pretrial release supervision by the Honorable M. Faith Angell sitting in the Court at Philadelphia, on February 9, 2012, under the following conditions:

1. $20,000 Unsecured Bond
2. Report as directed to Pretrial Services
3. Submit to random drug testing/treatment as directed by Pretrial Services
4. Travel restricted to ED/PA unless prior permission granted by Pretrial Services
5. Surrender passport/firearms
6. No contact with co-defendants/witnesses in case or individuals engaged in criminal activity
7. Maintain/seek employment
8. Undergo mental health assessment
9. Reside at 1062 W. Ashland Avenue, Glenolden, PA (Modified on January 14, 2013 to allow defendant to reside in North St. Petersburg, Florida)

Respectfully presenting petition for action of Court and for cause as follows:

On February 8, 2013, Pretrial Services was informed that Delaware County authorities have issued warrants for the arrest of defendant Brian White. Automated inquiries with ATLAS and the PA Unified Judicial System revealed a violation of probation warrant was issued by Delaware County Common Pleas Judge John P. Capuzzi on January 17, 2013 and an arrest warrant for new criminal charges was issued by Darby Township Police Department on January 30, 2013. (See attachment)

Sentencing in this matter is presently scheduled for March 28, 2013.

PRAYING THAT THE COURT WILL ORDER BAIL REVOKED AND A WARRANT ISSUED FOR VIOLATION OF PRETRIAL RELEASE CONDITIONS.

ORDER OF COURT

Considered and ordered this 11th day of February, 2013 and ordered filed and made a part of the records in the above case.

Joel H. Slomsky
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Rocky Reyes
U.S. Pretrial Services Officer

Place: Philadelphia

Date: February 11, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: JANUARY 18, 2013 |
| vs. | : | |
| | : | Criminal No. 12-52-1 |
| BRIAN ALFRED WHITE<br>C/O FEDERAL DEFENDER'S OFFICE | | |

**"PLEASE NOTE NEW DATE OF SENTENCING"**

**TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **THURSDAY, MARCH 28, 2013** at **9:30 A.M.** before the Honorable Joel H. Slomsky, in Courtroom 5-C, 5TH FLOOR.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

**ATTN: SENTENCING SCHEDULED FOR 1/25/2013 HAS BEEN CONTINUED TO THURSDAY, MARCH 28, 2013 AT 9:30 A.M.**

Very truly yours,
Margaret Gallagher
Deputy Clerk to Judge Slomsky

**[NO] INTERPRETER REQUIRED**
**[X] THIS PROCEEDING HAS BEEN RESCHEDULED FROM 1/25/2013**

Notice to:
Defendant
Defense Counsel
Thomas M. Zaleski, A.U.S.A. (via email)
U.S. Marshal (via email)
Probation Office - Megan Maier
Pretrial Services (via email)
Larry Bowman (via email)

MARANNA J. MEEHAN, ESQ.
FEDERAL DEFENDER ASSOC.
601 WALNUT STREET
SUITE 545 WEST
PHILA., PA. 19106

Cr 4 (rev. 8/98)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL
:
v. :
: NO. 12-52

BRIAN ALFRED WHITE **CONDITIONS OF PRETRIAL RELEASE**

**BAIL**

Defendant is ~~released~~ **released on bail** in the amount of: $ 20,000

✓ **O/R**
______ **cash**
______ **secured by:**
_____ % cash
_____ property at: ______________________________
X Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

**PRETRIAL SERVICES**

✓ Defendant shall report to Pretrial Services:
✓ **as directed** by Pretrial Services.
______ times per week **in person**.
______ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.

✓ Defendant shall submit to **random drug testing** as directed by Pretrial Services.

✓ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.

_____ Defendant shall submit to **electronic monitoring** at the following address:

__________________________________________________

__________________________________________________.

______ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

______ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of ____________________, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

**TRAVEL**

✓ Travel is restricted to the **Eastern District of Pennsylvania**.
______ Travel is restricted to the ______________________________.

__✓__ Unless prior permission is granted by Pretrial Services.

## PASSPORT

__✓__ Defendant shall surrender and/or refrain from obtaining a **passport**.

## FIREARMS

__✓__ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

__✓__ Defendant shall have no contact with **co-defendants**, **potential witnesses** in this case, or individuals engaged in any **criminal activity**.

__✓__ Defendant must maintain present **employment**.

__✓__ Defendant must **actively seek** gainful employment.

__✓__ Defendant shall undergo a **mental competency evaluation and mental health assessment.**

__✓__ Defendant must reside:

**at:** ' 'L , GLENOLDEN, PA 19036

**with:** ______________________________

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

**It is so ORDERED this** 9 **day of** February**, 2012.**

**BY THE COURT:**

[signature]

**M. FAITH ANGELL**
**U.S. MAGISTRATE JUDGE**

* Defendant not to be released until an in-patient Drug Treatment Program is secured by Pretrial Services.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. ________________** |
| **v.** | : | **DATE FILED: ________________** |
| **BRIAN ALFRED WHITE** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 924(a)(1)(A) (making false statements to a federal firearms licensee - 5 counts)** |
| | : | **18 U.S.C. § 922(g)(3) (addict in possession of a firearm - 5 counts)** |
| | : | **Notice of forfeiture** |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT**:

At all times material to this indictment:

1. Backwoods Outfitters, 2421 Ironville Pike, Columbia, Pennsylvania, possessed a federal firearms license ("FFL") and was authorized to deal in firearms under federal law.

2. FFL holders are licensed, among other things, to sell firearms and ammunition. Rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFL holders are permitted to sell firearms and ammunition.

3. The rules and regulations governing FFL holders require that a person seeking to purchase a handgun fill out a Firearms Transaction Record, ATF Form 4473. Part of the Form 4473 requires that the prospective purchaser certify that all his or her answers on Form

4473 are true and correct. The Form 4473 requires the purchaser to answer questions about the purchase, including question 11.e., "Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or another controlled substance?" The Form 4473 also contains the warning, "**I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm . . . I also understand that making any false oral or written statement . . . is a crime punishable as a felony.**"

4. FFL holders are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL holder, to ensure that the person is not prohibited from purchasing a firearm.

5. Individuals addicted to a narcotic drug or any other controlled substances are persons prohibited by law from buying firearms.

6. Defendant BRIAN ALFRED WHITE was addicted to Oxycodone (Percocet), a Schedule II controlled substance and narcotic drug, and was prohibited by law from buying firearms.

7. On or about September 20, 2008, in Valley Forge, in the Eastern District of Pennsylvania, defendant

**BRIAN ALFRED WHITE,**

in connection with the acquisition of a firearm, that is, a Kel-Tec, Model P-380, .380 caliber semi-automatic pistol, serial number JWN20, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Backwoods Outfitters, a federally licensed

firearms dealer, in that, defendant WHITE falsely certified on Department of Justice Form 4473, Firearms Transaction Record, that he was not addicted to a narcotic drug or any other controlled substance, when, in fact, defendant WHITE knew this statement was false and fictitious, and that he was then addicted to Oxycodone (Percocet), a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 20, 2008, in Valley Forge, in the Eastern District of Pennsylvania, defendant

**BRIAN ALFRED WHITE,**

then being addicted to Oxycodone (Percocet), a Schedule II controlled substance, as defined in Title 21, United States Code, Section 802, knowingly possessed in and affecting interstate commerce a firearm, that is, Kel-Tec, Model P-380, .380 caliber semi-automatic pistol, serial number JWN20.

In violation of Title 18, United States Code, Section 922(g)(3).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Southeast Archery and Sports, 1852 Delmar Drive, Folcroft, Pennsylvania, possessed a federal firearms license ("FFL") and was authorized to deal in firearms under federal law.

2. Paragraphs 2 through 6 of Count One of this indictment are incorporated here.

3. On or about March 16, 2009, in Folcroft, in the Eastern District of Pennsylvania, defendant

**BRIAN ALFRED WHITE,**

in connection with the acquisition of a firearm, that is, a Glock, Model 22, .40 caliber semi-automatic pistol, serial number MMD228, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Southeast Archery and Sports, a federally licensed firearms dealer, in that, defendant WHITE falsely certified on Department of Justice Form 4473, Firearms Transaction Record, that he was not addicted to a narcotic drug or any other controlled substance, when, in fact, defendant WHITE knew this statement was false and fictitious, and that he was then addicted to Oxycodone (Percocet), a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT FOUR**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 16, 2009, in Folcroft, in the Eastern District of Pennsylvania, defendant

**BRIAN ALFRED WHITE,**

then being addicted to Oxycodone (Percocet), a Schedule II controlled substance, as defined in Title 21, United States Code, Section 802, knowingly possessed in and affecting interstate commerce a firearm, that is, a Glock, Model 22, .40 caliber semi-automatic pistol, serial number MMD228.

In violation of Title 18, United States Code, Section 922(g)(3).

**COUNT FIVE**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 2 through 6 of Count One and paragraph 1 of Count Three of this indictment are incorporated here.

2. On or about March 16, 2009, in Folcroft, in the Eastern District of Pennsylvania, defendant

**BRIAN ALFRED WHITE,**

in connection with the acquisition of a firearm, that is, a Cobra Firearms, Model CA32, .32 caliber semi-automatic pistol, serial number CP045083, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Southeast Archery and Sports, a federally licensed firearms dealer, in that, defendant WHITE falsely certified on Department of Justice Form 4473, Firearms Transaction Record, that he was not addicted to a narcotic drug or any other controlled substance, when, in fact, defendant WHITE knew this statement was false and fictitious, and that he was then addicted to Oxycodone (Percocet), a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT SIX**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 16, 2009, in Folcroft, in the Eastern District of Pennsylvania, defendant

**BRIAN ALFRED WHITE,**

then being addicted to Oxycodone (Percocet), a Schedule II controlled substance, as defined in Title 21, United States Code, Section 802, knowingly possessed in and affecting interstate commerce a firearm, that is, a Cobra Firearms, Model CA32, .32 caliber semi-automatic pistol, serial number CP045083.

In violation of Title 18, United States Code, Section 922(g)(3).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Suburban Armory, 1008 MacDade Boulevard, Collingdale, Pennsylvania, possessed a federal firearms license ("FFL") and was authorized to deal in firearms under federal law.

2. Paragraphs 2 through 6 of Count One of this indictment are incorporated here.

3. On or about March 20, 2009, in Collingdale, in the Eastern District of Pennsylvania, defendant

**BRIAN ALFRED WHITE,**

in connection with the acquisition of a firearm, that is, a Springfield Armory, Model XD, .45 caliber semi-automatic pistol, serial number US587240, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Suburban Armory, a federally licensed firearms dealer, in that, defendant WHITE falsely certified on Department of Justice Form 4473, Firearms Transaction Record, that he was not addicted to a narcotic drug or any other controlled substance, when, in fact, defendant WHITE knew this statement was false and fictitious, and that he was then addicted to Oxycodone (Percocet), a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 20, 2009, in Collingdale, in the Eastern District of Pennsylvania, defendant

**BRIAN ALFRED WHITE,**

then being addicted to Oxycodone (Percocet), a Schedule II controlled substance, as defined in Title 21, United States Code, Section 802, knowingly possessed in and affecting interstate commerce a firearm, that is, a Springfield Armory, Model XD, .45 caliber semi-automatic pistol, serial number US587240.

In violation of Title 18, United States Code, Section 922(g)(3).

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 2 through 6 of Count One and paragraph 1 of Count Seven of this indictment are incorporated here.

2. On or about March 31, 2009, in Collingdale, in the Eastern District of Pennsylvania, defendant

**BRIAN ALFRED WHITE,**

in connection with the acquisition of a firearm, that is, a Smith & Wesson, Model SW40VE, .40 caliber semi-automatic pistol, serial number DSL4618 (obliterated when recovered), knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Suburban Armory, a federally licensed firearms dealer, in that, defendant WHITE falsely certified on Department of Justice Form 4473, Firearms Transaction Record, that he was not addicted to a narcotic drug or any other controlled substance, when, in fact, defendant WHITE knew this statement was false and fictitious, and that he was then addicted to Oxycodone (Percocet), a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT TEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 31, 2009, in Collingdale, in the Eastern District of Pennsylvania, defendant

**BRIAN ALFRED WHITE,**

then being addicted to Oxycodone (Percocet), a Schedule II controlled substance, as defined in Title 21 United States Code, Section 802, knowingly possessed in and affecting interstate commerce a firearm, that is, a Smith & Wesson, Model SW40VE, .40 caliber semi-automatic pistol, serial number DSL4618 (obliterated when recovered).

In violation of Title 18, United States Code, Section 922(g)(3).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 924(a)(1)(A) and 922(g)(3), set forth in this indictment, defendant

**BRIAN ALFRED WHITE**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such offense, including, but not limited to:

a) a Kel-Tec, Model P-380, .380 caliber semi-automatic pistol, serial number JWN20;

b) a Glock, Model 22, .40 caliber semi-automatic pistol, serial number MMD228;

c) a Cobra Firearms, Model CA32, .32 caliber semi-automatic pistol, serial number CP045083;

d) a Springfield Armory, Model XD, .45 caliber semi-automatic pistol, serial number US587240, and,

e) a Smith & Wesson, Model SW40VE, .40 caliber semi-automatic pistol, serial number DSL4618 (obliterated when recovered).

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

______________________________
**FOREPERSON**

______________________________
**ZANE DAVID MEMEGER**
**United States Attorney**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

12-52

INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia County: Philadelphia

City and State of Defendant: Aldan, PA

County: Delaware Register number: N/A

Place of accident, incident, or transaction: Eastern District of Pennsylvania

Post Office: Aldan County: Delaware

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: No

Case Number: N/A Judge: N/A

CRIMINAL: (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. () Antitrust
2. () Income Tax and other Tax Prosecutions
3. () Commercial Mail Fraud
4. () Controlled Substances
5. () Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. (X) General Criminal
   (U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)
   18 U.S.C. § 924(a)(1)(A) (making false statements to a federal firearms licensee - 5 counts)
   18 U.S.C. § 922(g)(3) (addict in possession of a firearm - 5 counts)
   Notice of forfeiture

DATE: February 7, 2012

Thomas M. Zaleski
THOMAS M. ZALESKI
Assistant United States Attorney

File No. 2009R00695
U.S. v. Brian Alfred White

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CRIMINAL DOCKET FOR CASE #: 2:12-cr-00052-JHS-1**

Case title: USA v. WHITE

Date Filed: 02/07/2012

---

Assigned to: HONORABLE JOEL H. SLOMSKY

**Defendant (1)**

**BRIAN ALFRED WHITE**

represented by **MARANNA J. MEEHAN**
DEFENDER ASSOCIATION OF PHILADELPHIA
SUITE 540 W, THE CURTIS CENTER

601 WALNUT STREET
PHILADELPHIA, PA 19106
215-928-1100
Fax: 215-928-1112
Email: maranna_meehan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**DINA CHAVAR**
FEDERAL PUBLIC DEFENDER
DISTRICT OF DELAWARE
800 KING ST SUITE 200
WILMINGTON, DE 19801
302-573-6010
Email: dina_chavar@fd.org
*TERMINATED: 07/31/2012*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:924(a)(1)(A) MAKING FALSE STATEMENTS TO A FEDERAL FIREARMS LICENSEE (1) | |
| 18:922(g)(3) ADDICT IN POSSESSION OF A FIREARM (2) | |
| 18:924(a)(1)(A) MAKING FALSE STATEMENTS TO A FEDERAL | |

FIREARMS LICENSEE
(3)

18:922(g)(3) ADDICT IN POSSESSION OF A FIREARM
(4)

18:924(a)(1)(A) MAKING FALSE STATEMENTS TO A FEDERAL FIREARMS LICENSEE
(5)

18:922(g)(3) ADDICT IN POSSESSION OF A FIREARM
(6)

18:924(a)(1)(A) MAKING FALSE STATEMENTS TO A FEDERAL FIREARMS LICENSEE
(7)

18:922(g)(3) ADDICT IN POSSESSION OF A FIREARM
(8)

18:924(a)(1)(A) MAKING FALSE STATEMENTS TO A FEDERAL FIREARMS LICENSEE
(9)

18:922(g)(3) ADDICT IN POSSESSION OF A FIREARM
(10)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **THOMAS M. ZALESKI**
U.S. ATTORNEY'S OFFICE

615 CHESTNUT ST.
SUITE 1250
PHILA, PA 19106-4476
TEL 215-861-8460
Fax: FAX 215-861-8618
Email: tom.zaleski@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2012 | 1 | SEALED INDICTMENT as to BRIAN ALFRED WHITE (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10. (tjsl, ) (Additional attachment(s) added on 3/14/2012: # 1 Order) (ap, ). (Entered: 02/07/2012) |
| 02/07/2012 | 2 | MOTION AND ORDER TO SEAL INDICTMENT AS TO BRIAN ALFRED WHITE.. Signed by MAGISTRATE JUDGE M. FAITH ANGELL on 2/7/12.2/7/12 Entered and Copies E-Mailed. (tjsl, ) (ap, ). (Entered: 02/07/2012) |
| 02/07/2012 | 3 | MOTION AND ORDER FOR ISSUANCE OF BENCH WARRANT AS TO BRIAN ALFRED WHITE. Signed by MAGISTRATE JUDGE M. FAITH ANGELL on 2/7/12.2/7/12 Entered and Copies E-Mailed. (tjsl, ) (ap, ). (Entered: 02/07/2012) |
| 02/10/2012 | 4 | Minute Entry for proceedings held before MAGISTRATE JUDGE M. FAITH ANGELL: Initial Appearance/Appointment of Counsel/Arraignment as to BRIAN ALFRED WHITE held on 2/9/2012, Count 1,2,3,4,5,6,7,8,9,10. Government and defense have agreed to conditions of release. Plea entered by BRIAN ALFRED WHITE Not Guilty on all counts. Counsel have 14 days to file pretrial motions. Court Reporter ESR. (apsl, ) (Entered: 02/10/2012) |
| 02/10/2012 | 5 | ORDER SETTING CONDITIONS OF RELEASE AS TO BRIAN ALFRED WHITE (1) THAT THE DEFENDANT IS RELEASED IN THE AMOUNT OF $20,000 O/R WITH THE FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by MAGISTRATE JUDGE M. FAITH ANGELL on 2/9/2012.2/10/2012 Entered and Copies Mailed. (apsl, ) (Entered: 02/10/2012) |
| 02/10/2012 | 6 | CJA 23 Financial Affidavit by BRIAN ALFRED WHITE (apsl, ) (Entered: 02/10/2012) |
| 02/10/2012 | | O/R Bond Entered as to BRIAN ALFRED WHITE in amount of $ 20,000, (apsl, ) (Entered: 02/10/2012) |
| 03/07/2012 | 7 | Arrest Warrant Returned Executed on 2/9/2012. in case as to BRIAN ALFRED WHITE. (apsl, ) (Entered: 03/08/2012) |
| 03/14/2012 | 8 | Letter from AUSA Unsealing Indictment as to BRIAN ALFRED WHITE (ap, ) (Entered: 03/14/2012) |
| 03/14/2012 | | ***INDICTMENT UNSEALED as to BRIAN ALFRED WHITE (ap, ) (Entered: 03/14/2012) |
| | | |

| | | |
|---|---|---|
| 03/15/2012 | 9 | NOTICE OF HEARING as to BRIAN ALFRED WHITE HEARING ON ALL MOTIONS, INCLUDING MOTIONS TO SUPPRESS & ANY NECESSARY STARKS OR DAUBERT HEARING SET FOR 5/10/2012 AT 09:30 AM IN COURTROOM 5-C, 5TH FLOOR, BEFORE HONORABLE JOEL H. SLOMSKY. (mg, ) (Entered: 03/15/2012) |
| 03/15/2012 | 10 | NOTICE OF HEARING as to BRIAN ALFRED WHITE JURY TRIAL SET FOR 5/21/2012 AT 09:30 AM IN COURTROOM TO BE ASSIGNED, BEFORE HONORABLE JOEL H. SLOMSKY. (mg, ) (Entered: 03/15/2012) |
| 03/15/2012 | 11 | NOTICE OF ATTORNEY APPEARANCE DINA CHAVAR appearing for BRIAN ALFRED WHITE with Certificate of Service (CHAVAR, DINA) (Entered: 03/15/2012) |
| 03/15/2012 | 12 | ORDER AS TO BRIAN ALFRED WHITE THAT THE CASE IS SPECIALLY LISTED FOR TRIAL ON 5/21/2012 AT 9:30 AM; THE GOVERNMENT SHALL PROVIDE THE DEFENDANT WITH ALL AVAILABLE DISCOVERY MATERIAL TO WHICH THE DEFENDANT IS ENTITLED NO LATER THAN 3/21/2012, ETC.; DEFENDANT SHALL FILE ALL PRETRIAL MOTIONS NO LATER THAN 3/28/2012. GOVERNMENT SHALL RESPOND NO LATER THAN 4/11/2012. ON OR BEFORE 4/18/2012, THE PARTIES SHALL FILE MOTIONS IN LIMINE WITH THE CLERK AND SERVE COURTESY COPIES AT CHAMBERS. ALL RESPONSES TO MOTIONS IN LIMINE SHALL BE FILED WITH THE CLERK AND COURTESY COPIES SERVED AT CHAMBERS NO LATER THAN 4/30/2012; NO LATER THAN 5/14/2012, THE PARTIES SHALL FILE PROPOSED VOIR DIRE QUESTIONS, JURY INSTRUCTIONS AND VERDICT SLIP WITH THE CLERK AND SERVE A COURTESY COPY AT CHAMBERS, ETC.; A HEARING ON ALL MOTIONS IN LIMINE, WILL BE HELD ON 5/10/2012 AT 9:30 AM IN COURTROOM 5C; ANY MOTION FOR CONTINUANCE OF THE TRIAL MUST BE FILED NO LATER THAN 14 DAYS PRIOR TO THE TRIAL DATE; COUNSEL, THOMAS M. ZALESKI, AUSA AND ELIZABETH TOPLIN, ESQ. ARE ATTACHED FOR THE PRETRIAL HEARING AND TRIAL. Signed by HONORABLE JOEL H. SLOMSKY on 3/15/2012.3/15/2012 Entered and Copies E-Mailed. (ap, ) (Entered: 03/15/2012) |
| 05/08/2012 | 13 | MOTION to Continue *Trial (Unopposed) with Certificate of Service* by BRIAN ALFRED WHITE. (Attachments: # 1 Exhibit Executed Consent Form) (CHAVAR, DINA) (Entered: 05/08/2012) |
| 05/08/2012 | 14 | NOTICE OF HEARING as to BRIAN ALFRED WHITE HEARING ON ALL MOTIONS, INCLUDING MOTIONS TO SUPPRESS & ANY NECESSARY STARKS OR DAUBERT HEARING SET FOR 5/10/2012 HAS BEEN CONTINUED TO 10/18/2012 AT 10:00 AM IN COURTROOM 5-C, 5TH FLOOR, BEFORE HONORABLE JOEL H. SLOMSKY. (mg, ) (Entered: 05/08/2012) |
| 05/08/2012 | 15 | NOTICE OF HEARING as to BRIAN ALFRED WHITE JURY TRIAL SET FOR 5/21/2012 HAS BEEN CONTINUED TO 10/24/2012 AT 09:30 AM IN COURTROOM TO BE ASSIGNED, BEFORE HONORABLE JOEL H. |

| | | |
|---|---|---|
| | | SLOMSKY. (mg, ) (Entered: 05/08/2012) |
| 05/08/2012 | 16 | ORDER AS TO BRIAN ALFRED WHITE PURSUANT TO 18:3161(h)(7)(A) THE DEFENDANT'S UNOPPOSED 13 MOTION FOR CONTINUANCE OF TRIAL IS GRANTED AND THE TRIAL OF THIS MATTER SHALL COMMENCE ON 10/24/2012.. Signed by HONORABLE JOEL H. SLOMSKY on 5/8/2012.5/8/2012 Entered and Copies E-Mailed. (ap, ) (Entered: 05/08/2012) |
| 05/08/2012 | 17 | WAIVER of Speedy Trial by BRIAN ALFRED WHITE (ap, ) (Entered: 05/08/2012) |
| 05/08/2012 | 18 | ORDER AS TO BRIAN ALFRED WHITE THAT THE DEFENDANT'S UNOPPSED MOTION TO CONTINUE TRIAL IS GRANTED. IT IS FURTHER ORDERED THAT TRIAL IS SCHEDULED FOR 10/24/2012. ON OR BEFORE 9/27/2012, THE PARTIES SHALL FILE ALL PRETRIAL MOTIONS, INCLUDING MOTIONS IN LIMINE, ELECTRONICALLY. ALL RESPONSES TO DEFENSE MOTIONS SHALL BE FILED ELECTRONICALLY NO LATER THAN 10/11/2012. A HEARING ON ALL MOTIONS WILL BE HELD ON 10/18/2012 AT 10 AM IN COURTROOM 5C. NO LATER THAN 10/18/2012, THE PARTIES SHALL FILE PROPOSED VOIR DIRE QUESTIONS, JURY INSTRUCTIONS AND VERDICT SLIP WITH THE CLERK AND SERVE A COURTESY COPY AT CHAMBERS, ETC.. THE GOVERNMENT SHALL FILE A TRIAL MEMORANDUM WITH THE CLERK AND SERVE A COPY AT CHAMBERS WITH ITS SUBMISSIONS PURSUANT TO PARAGRAPH 4 OF THIS ORDER, ETC. TRIAL DEADLINE IS EXTENDED TO 10/31/2012. TRIAL COUNSEL, THOMAS M.ZALESKI, AUSA AND DINA CHAVAR, ESQ. ARE ATTACHED FOR THE MOTIONS HEARING AND THE TRIAL. Signed by HONORABLE JOEL H. SLOMSKY on 5/8/2012.5/9/2012 Entered and Copies E-Mailed. (ap, ) (Entered: 05/09/2012) |
| 05/08/2012 | | ***Set/Reset Deadlines as to BRIAN ALFRED WHITE: MOTION IN LIMINE DUE BY 9/27/2012. (ap, ) (Entered: 05/09/2012) |
| 07/31/2012 | 19 | NOTICE OF ATTORNEY APPEARANCE MARANNA J. MEEHAN appearing for BRIAN ALFRED WHITE *and Certificate of Service* (MEEHAN, MARANNA) (Entered: 07/31/2012) |
| 10/12/2012 | 20 | NOTICE OF HEARING as to BRIAN ALFRED WHITE Change of Plea Hearing set for 10/24/2012 at 08:30 AM in COURTROOM 5-C, 5TH FLOOR, before HONORABLE JOEL H. SLOMSKY. (mg, ) (Entered: 10/12/2012) |
| 10/24/2012 | 21 | NOTICE OF HEARING as to BRIAN ALFRED WHITE Sentencing set for 1/25/2013 at 09:30 AM in COURTROOM 5-C, 5th Floor, before HONORABLE JOEL H. SLOMSKY. (mg, ) (Entered: 10/24/2012) |
| 10/24/2012 | 22 | SEALED Minute Entry for proceedings held before HONORABLE JOEL H. SLOMSKY as to BRIAN ALFRED WHITE held on 10/24/2012. Court Reporter ESR.(FILED UNDER SEAL) (ap, ) (Entered: 10/24/2012) |
| 10/24/2012 | 23 | JUDICIAL DOCUMENT AS TO BRIAN ALFRED WHITE. Signed by HONORABLE JOEL H. SLOMSKY on 10/24/2012.10/24/2012 Entered and |

| | | |
|---|---|---|
| | | Copies Mailed. (ap, ) (Entered: 10/24/2012) |
| 10/24/2012 | 24 | SEALED Document as to BRIAN ALFRED WHITE (FILED UNDER SEAL) (ap, ) (Entered: 10/24/2012) |
| 10/24/2012 | 25 | Plea Document BY USA as to BRIAN ALFRED WHITE. CERTIFICATE OF SERVICE. (ap, ) (Entered: 10/24/2012) |
| 10/24/2012 | 26 | Plea Document as to BRIAN ALFRED WHITE (ap, ) (Entered: 10/24/2012) |
| 01/14/2013 | 27 | SEALED MOTION FILED BY BRIAN ALFRED WHITE, CERTIFICATE OF SERVICE. (mac, ) (Entered: 01/14/2013) |
| 01/14/2013 | 28 | ORDER AS TO BRIAN ALFRED WHITE. (FILED UNDER SEAL). Signed by HONORABLE JOEL H. SLOMSKY on 1/14/13.1/14/13 Entered and Copies Mailed. (mac, ) (Entered: 01/14/2013) |
| 01/14/2013 | 29 | ORDER AS TO BRIAN ALFRED WHITE. (FILED UNDER SEAL). Signed by HONORABLE JOEL H. SLOMSKY on 1/14/13.1/14/13 Entered and Copies Mailed. (mac, ) (Entered: 01/14/2013) |
| 01/15/2013 | 30 | Minute Entry/REPORT OF PRETRIAL OR SETTLEMENT CONFERENCEfor proceedings held before HONORABLE JOEL H. SLOMSKYRECORDED Telephone Conference as to BRIAN ALFRED WHITE held on 1/14/2013.TOTAL TIME OF CONFERENCE: 30 MINNUTES.(ke) (Entered: 01/15/2013) |
| 01/18/2013 | 31 | NOTICE OF HEARING as to BRIAN ALFRED WHITE Sentencing set for 1/25/2012 HAS BEEN CONTINUED TO 3/28/2013 AT 09:30 AM in COURTROOM 5-C, 5TH FLOOR, before HONORABLE JOEL H. SLOMSKY. (mg, ) (Entered: 01/18/2013) |
| 02/11/2013 | 32 | REPORT AND ORDER OF PRETRIAL OFFICER AS TO BRIAN ALFRED WHITE THAT BAIL IS REVOKED AND A WARRANT ISSUED FOR VIOLATION OF PRETRIAL RELEASE CONDITIONS. Signed by HONORABLE JOEL H. SLOMSKY on 2/11/2013.2/11/2013 Entered and copies E-mailed. (tomg, ) (Entered: 02/11/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/15/2013 14:47:50 | | | |
| **PACER Login:** | us5299 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:12-cr-00052-JHS |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |